IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSICA CHANDLER                                                                          PLAINTIFF

v.                                     No. 4:12-cv-542-DPM

FRANKLIN COLLECTION SERVICES, INC.
and DOES 1-10, inclusive                                                              DEFENDANTS

## JUDGMENT

Chandler previously filed a notice of settlement, *Document No. 2,* informing the Court of her intention to withdraw her complaint and file a pre-service notice of voluntary dismissal. Chandler has done so. *Document No. 3.* The Court therefore dismisses Chandler's complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

 9 November 2012